**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MINUTE ENTRY:**
**OCTOBER 27, 2026**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

**UNITED STATES OF AMERICA**

**CRIMINAL NO. 21-025-JWD-RLB**

**VERSUS**

**JASON BROWN**

This matter came on this day for sentencing.

PRESENT: Elizabeth White
**Assistant United States Attorney**

Rodney Messina
**Counsel for Defendant**

Jason Brown
**Defendant**

For oral reasons assigned, Defendant's objections 1, 2, and 4 to the presentence report are overruled. Defendant's objection 3 is denied as moot.

The Court adopts the undisputed factual findings and guideline computations set forth in the Presentence Investigation Report.

The Court imposes the Defendant's sentence, accepts the plea agreement, and orders that the Presentence Investigation Report remain under seal as part of the record.

The government's oral motion to dismiss the remaining counts of the Indictment, counts 1 and 2, is GRANTED.

The Defendant is advised of his appeal rights and remanded to the custody of the United States Marshal.

Signed in Baton Rouge, Louisiana, on October 28, 2026.

CR 51a; T:0:50 mins.
Reporter: Gina Delatte-Richard

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**